This document was drafted... *part by an attorney.*

U.S. COURT OF APPEALS SECOND CIRCUIT RECEIVED 2015 JUL -7 PM 1:42

# UNITED STATES COURT OF APPEALS
# FOR THE SECOND CIRCUIT

## PRO SE SCHEDULING NOTIFICATION (NON - AGENCY CASE)

| THIS SECTION MUST BE COMPLETED BY APPELLANT | | |
|---|---|---|
| CASE TITLE:<br>CAREATHER V. RED BULL GMBH | USCA DOCKET NUMBER:<br>15-1821 | APPELLANT:<br>DAVE MAGER |
| | DISTRICT:<br>SDNY | APPELLANT'S ADDRESS:<br>10121 PAGE RD, STREETSBORO, OH 44241 |
| | DISTRICT/AGENCY NUMBER:<br>13-CV-369 | APPELLANT'S PHONE NUMBER:<br>330-819-7254 |

Pursuant to Local Rule 31.2(a)(1)(A), I request that my brief and appendix be accepted

for filing no later than  09/18/2015                . This date is within 91 days of the later
                          (MM/DD/YYYY)

of (1) the receipt of the last transcript in my case or (2) when no transcript is ordered, the required

filing date of my Form D-P with the Court.

I understand that if I fail to return this signed scheduling proposal as stated above, the Court

will issue an order setting a 40-day deadline to file my brief. If I fail to file my brief, the case may

be dismissed.

I also understand that in the absence of extraordinary circumstances, such as a personal

illness or family death, the Court will not grant a motion to extend the time to file a brief.

Local Rule 27.1.(f)(1).

/s/ Dave Mager

Signature of Appellant/Petitioner

07/03/2015

Date

**DAVE MAGER**

Print Name

Rev. May, 2011

# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

CAPTION:

CAREATHERS _____ v.

RED BULL GMBH

**CERTIFICATE OF SERVICE**

Docket Number: 15-1821

I, DAVE MAGER _____, hereby certify under penalty of perjury that on
        (name)

JULY 3, 2015 _____, I served a copy of ACKNOWLEDGEMENT AND NOTICE OF APPEARANCE,
        (date)

CIVIL APPEAL TRANSCRIPT INFORMATION (FORM D-P), AND PRO-SE SCHEDULING NOTIFICATION (NON-AGENCY CASE)

(list all documents)

by (select all applicable)*

☐ United States Mail
☐ Federal Express
☐ Overnight Mail
☐ Facsimile
☑ E-mail
☐ Hand delivery

on the following parties (complete all information and add additional pages as necessary):

| ADAM DEUTSCH, MORELLI ALTERS RATNER LLP | (adeutsch@morelliatters.com) 777 THIRD AVE, 31ST FLOOR | NEW YORK | NY | 10017 |
|---|---|---|---|---|
| Name | Address | City | State | Zip Code |
| LAWRENCE D. KING, KAPLAN FOX & KILSHEIMER LLP | (lking@kaplanfox.com) 3 | SAN FRANCISCO | CA | 94104 |
| Name | Address | City | State | Zip Code |
| KENNETH A. PLEVAN | (kenneth.plevan@skadden.com) SKADDEN ARPS SLATE MEAGER & FLOM LLP, | NEW YORK | NY | 10036 |
| Name | Address | City | State | Zip Code |
| JASON D. RUSSELL | (jason.russell@skadden.com) SKADDEN ARPS SLATE MEAGER & FLOM LLP, 3 | LOS ANGEL | CA | 90071 |
| Name | Address | City | State | Zip Code |

07/03/2015

Today's Date

/S/ Dave Mager

Signature

*If different methods of service have been used on different parties, please indicate on a separate page, the type of service used for each respective party.

Certificate of Service Form

Dave Mager
10120 Page Rd.
Streetsboro, OH 44241

United States Court of Appeals for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

CLEVELAND OH 440
03 JUL 2015 PM 6 L

USM40LD
SDNY
NY

1000715030 1

FOREVER

FOREVER