*This document was drafted in whole, or substantial part, by an attorney*

## ACKNOWLEDGMENT AND NOTICE OF APPEARANCE

Short Title: **CAREATHERS V. RED BULL GMBH**  Docket No.: **15-1821**

Lead Counsel of Record (name/firm) or Pro se Party (name): **DAVE MAGER**

Appearance for (party/designation): **DAVE MAGER, APPELLANT**

### DOCKET SHEET ACKNOWLEDGMENT/AMENDMENTS

**Caption** as indicated is:
- [✓] Correct
- [ ] Incorrect. See attached caption page with corrections.

**Appellate Designation** is:
- [✓] Correct
- [ ] Incorrect. The following parties do not wish to participate in this appeal:
    Parties: _____
- [ ] Incorrect. Please change the following parties' designations:
    Party                    Correct Designation

**Contact Information** for Lead Counsel/Pro Se Party is:
- [✓] Correct
- [ ] Incorrect or Incomplete, and should be amended as follows:

Name: _____
Firm: _____
Address: _____
Telephone: _____ Fax: _____
Email: _____

*RECEIVED 2015 JUL -7 PM 1:42 U.S. COURT OF APPEALS SECOND CIRCUIT*

### RELATED CASES

- [✓] This case has not been before this Court previously.
- [ ] This case has been before this Court previously. The short title, docket number, and citation are: _____

- [✓] Matters related to this appeal or involving the same issue have been or presently are before this Court. The short titles, docket numbers, and citations are: **CAREATHERS V. RED BULL GMBH (APPELLANT PAUL J. LOPEZ, DOCKET NO. 15-1715 (CONSOLIDATED)**

### CERTIFICATION

I certify that [ ] I am admitted to practice in this Court and, if required by LR 46.1(a)(2), have renewed my admission on _____ OR that ( ) I applied for admission on _____ or renewal on _____. If the Court has not yet admitted me or approved my renewal, I have completed Addendum A.

Signature of Lead Counsel of Record: _____
Type or Print Name: _____
  OR
Signature of pro se litigant: **/s/ Dave Mager** *(Dave Mager)*
Type or Print Name: **DAVE MAGER**
- [✓] I am a pro se litigant who is not an attorney.
- [ ] I am an incarcerated pro se litigant.

*This document [illegible handwriting] attorney.*

# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

CAPTION:

CAREATHERS          v.

RED BULL GMBH

**CERTIFICATE OF SERVICE**
Docket Number: 15-1821

I, DAVE MAGER, hereby certify under penalty of perjury that on
(name)
JULY 3, 2015, I served a copy of ACKNOWLEDGEMENT AND NOTICE OF APPEARANCE,
(date)
CIVIL APPEAL TRANSCRIPT INFORMATION (FORM D-P), AND PRO-SE SCHEDULING NOTIFICATION (NON-AGENCY CASE)

(list all documents)

by (select all applicable)*

☐ United States Mail
☐ Federal Express
☐ Overnight Mail
☐ Facsimile
☑ E-mail
☐ Hand delivery

on the following parties (complete all information and add additional pages as necessary):

| Name | Address | City | State | Zip Code |
|---|---|---|---|---|
| ADAM DEUTSCH, MORELLI ALTERS RATNER LLP | (adeutsch@morellialters.com) 777 THIRD AVE, 31ST FLOOR | NEW YORK | NY | 10017 |
| LAWRENCE D. KING, KAPLAN FOX & KILSHEIMER LLP | (lking@kaplanfox.com) 350 | SAN FRANCISCO | CA | 94104 |
| KENNETH A. PLEVAN | (kenneth.plevan@skadden.com) SKADDEN ARPS SLATE MEAGER & FLOM LLP, | NEW YORK | NY | 10036 |
| JASON D. RUSSELL | (jason.russell@skadden.com) SKADDEN ARPS SLATE MEAGER & FLOM LLP, 3( | LOS ANGEL | CA | 90071 |

07/03/2015
Today's Date

/S/ Dave Mager  *Dave Mager*
Signature

*If different methods of service have been used on different parties, please indicate on a separate page, the type of service used for each respective party.

Certificate of Service Form



CLEVELAND OH 440
03 JUN 2015 PM 6 L

USM 40LD
SDNY

10007150301

United States Court of Appeals for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

Dave Mager
10120 Pass Rd.
Streetsboro, OH 44241