this document was drafted in whole or part by the plaintiff's attorney.

## UNITED STATES COURT OF APPEALS
## FOR THE SECOND CIRCUIT

## CIVIL APPEAL TRANSCRIPT INFORMATION (FORM D-P)
## FOR PRO SE APPELLANTS

A PRO SE APPELLANT MUST FILE THE ORIGINAL OF THIS FORM WITH THE CLERK OF THE SECOND CIRCUIT IN ALL CIVIL APPEALS WITHIN 14 CALENDAR DAYS AFTER FILING A NOTICE OF APPEAL.

**THIS SECTION MUST BE COMPLETED BY APPELLANT**

| CASE TITLE | DISTRICT | DOCKET NUMBER |
|---|---|---|
| CAREATHERS V RED BULL GMBH | SDNY | 13-CV-369 |
| | JUDGE<br>KATHERINE POLK FAILLE | APPELLANT |
| | COURT REPORTER | PRO SE APPELLANT<br>DAVE MAGER |

**Check the applicable provision:**

☐ I am ordering a transcript.

☑ I am not ordering a transcript

Reason for not ordering a transcript:

☐ Copy is already available

☐ No transcribed proceedings

☑ Other (Specify in the space below):

**PROVIDE A DESCRIPTION, INCLUDING DATES, OF THE PROCEEDINGS FOR WHICH A TRANSCRIPT IS REQUIRED** (*i.e.*, oral argument, order from the bench, etc.)

-- (NO NEED FOR THIS APPEAL)

**METHOD OF PAYMENT** ☐ Funds ☐ CJA Voucher (CJA 21)

RECEIVED
U.S. COURT OF APPEALS SECOND CIRCUIT
2015 JUL -7 PM 1:42

**INSTRUCTIONS TO COURT REPORTER:**

☐ PREPARE TRANSCRIPT OF PRE-TRIAL PROCEEDINGS

☐ PREPARE TRANSCRIPT OF TRIAL

☐ PREPARE TRANSCRIPT OF OTHER POST-TRIAL PROCEEDINGS

☑ OTHER (Specify in the space below):

**DELIVER TRANSCRIPT TO: (APPELLANT'S NAME, ADDRESS, TELEPHONE)**

-- (NO NEED FOR TRANSCRIPT IN THIS APPEAL)

**I certify that I have made satisfactory arrangements with the court reporter for payment of the cost of the transcript. *See* FRAP 10(b). I understand that unless I have already ordered the transcript, I shall order its preparation at the time required by FRAP and the Local Rules.**

| APPELLANT'S SIGNATURE | DATE |
|---|---|
| /s/ Dave Mager | 07/03/2015 |

**COURT REPORTER ACKNOWLEDGMENT:** This section is to be completed by the court reporter. Return one copy to the Clerk of the Second Circuit.

| DATE ORDER RECEIVED | ESTIMATED COMPLETION DATE | ESTIMATED NUMBER OF PAGES |
|---|---|---|
| | | |

| SIGNATURE OF COURT REPORTED | DATE |
|---|---|
| | |

This document [illegible] attorney.

# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

CAPTION:

CAREATHERS v.

RED BULL GMBH

## CERTIFICATE OF SERVICE

Docket Number: 15-1821

I, DAVE MAGER (name), hereby certify under penalty of perjury that on JULY 3, 2015 (date), I served a copy of ACKNOWLEDGEMENT AND NOTICE OF APPEARANCE, CIVIL APPEAL TRANSCRIPT INFORMATION (FORM D-P), AND PRO-SE SCHEDULING NOTIFICATION (NON-AGENCY CASE) (list all documents)

by (select all applicable)*

- [ ] United States Mail
- [ ] Federal Express
- [ ] Overnight Mail
- [ ] Facsimile
- [x] E-mail
- [ ] Hand delivery

on the following parties (complete all information and add additional pages as necessary):

| Name | Address | City | State | Zip Code |
|---|---|---|---|---|
| ADAM DEUTSCH, MORELLI ALTERS RATNER LLP | (adeutsch@morellialters.com) 777 THIRD AVE, 31ST FLOOR | NEW YORK | NY | 10017 |
| LAWRENCE D. KING, KAPLAN FOX & KILSHEIMER LLP | (lking@kaplanfox.com) 35 | SAN FRANCISCO | CA | 94104 |
| KENNETH A. PLEVAN | (kenneth.plevan@skadden.com) SKADDEN ARPS SLATE MEAGER & FLOM LLP, | NEW YORK | NY | 10036 |
| JASON D. RUSSELL | (jason.russell@skadden.com) SKADDEN ARPS SLATE MEAGER & FLOM LLP, 3( | LOS ANGEL | CA | 90071 |

07/03/2015
Today's Date

/S/ Dave Mager Dave Mager
Signature

*If different methods of service have been used on different parties, please indicate on a separate page, the type of service used for each respective party.

Certificate of Service Form

Dave Mager
10120 Page Rd.
Streetsboro, OH 44241

CLEVELAND OH 440
03 JUL 2015 PM 6 L







United States Court of Appeals for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

USM 40LD
SDNY

10007150301