UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT
Thurgood Marshall U.S. Courthouse 40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

## MOTION INFORMATION STATEMENT

**Docket Number(s):** 15-1821

Caption [use short title]: Careathers, et al. v Red Bull GmbH, et al.

**Motion for:** voluntary dismissal under Rule 42(b)

Set forth below precise, complete statement of relief sought:
voluntary dismissal of Appellant's appeal by stipulation of the parties

**MOVING PARTY:** Dave Mager
☐ Plaintiff ☐ Defendant
☑ Appellant/Petitioner ☐ Appellee/Respondent

**OPPOSING PARTY:** Careathers et al & Red Bull GmbH et al

**MOVING ATTORNEY:** Dave Mager
**OPPOSING ATTORNEY:** Adam Deutsch, Lawrence King & Jason Russell
[name of attorney, with firm, address, phone number and e-mail]

10121 Page Road
Streetsboro, Ohio 44241

Adam Eric Deutsch, Esq. Morelli Alters Ratner, P.C., 31st Floor 777 3rd Avenue New York, NY 10017 [illegible], Hillary A. Hamilton, Esq. Jason
Melinda D. Campbell, Esq. Kaplan Fox & Kilsheimer LLP, 14th Floor 850 3rd Avenue New York, NY 10022, [illegible], Angela Cecily Colt, Esq.,
Laurence David King, Esq. Linda Fong, Esq. Kaplan Fox & Kilsheimer LLP, Suite 400 350 Sansome Street San Francisco, CA 94104 [illegible]

Court-Judge/Agency appealed from: SDNY - Honorable Judge Katherine Polk Failla

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
☑ Yes ☐ No (explain):

Opposing counsel's position on motion:
☑ Unopposed ☐ Opposed ☐ Don't Know

Does opposing counsel intend to file a response:
☐ Yes ☑ No ☐ Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUNCTIONS PENDING APPEAL:**
Has request for relief been made below? ☐ Yes ☐ No
Has this relief been previously sought in this Court? ☐ Yes ☐ No
Requested return date and explanation of emergency:

Is oral argument on motion requested? ☐ Yes ☑ No (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set? ☐ Yes ☑ No If yes, enter date:

**Signature of Moving Attorney:**
/s/ Dave Mager
Dave Mager
**Date:** 09/24/2015
Service by: ☐ CM/ECF ☑ Other [Attach proof of service]

**Form T-1080** (rev. 12-13)

Case No. 15-1821

IN THE UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

---

BENJAMEN CAREATHERS,

*Plaintiffs and Appellees,*

DAVE MAGER

*Objector and Appellant*

v.

RED BULL GMBH ET AL.,

*Defendants and Appellees.*

---

Appeal from The United States District Court
For the Southern District of New York
The Honorable KATHERINE POLK FAILLA, Presiding

---

# APPELLANT'S MOTION TO VOLUNTARILY DISMISS APPEAL

---

Dave Mager
10121 Page Road
Streetsboro, Ohio 44241
Tel: (330) 626-4590
Fax: (330) 230-6136
Email: davemagergameface@gmail.com
*Appearing Pro Se*

**APPELLANT'S MOTION TO VOLUNTARILY DISMISS APPEAL**

Pursuant to Federal Rule of Appellate Procedure 42(b), Appellant Dave Mager hereby moves the Court for an order dismissing the above captioned appeal. The parties have agreed that each side shall bear its own costs and fees on appeal.

DATED: September 24, 2015

Respectfully Submitted,

Dave Mager

Dave Mager
10121 Page Road
Streetsboro, Ohio 44241
Tel: (330) 626-4590
Fax: (330) 230-6136
Email: lawchrist@gmail.com
*Appearing Pro Se*

CERTIFICATE OF SERVICE

I certify that Dave Mager's original Motion to Voluntarily Dismiss Appeal was mailed by ordinary U.S. mail for filing with the Court by ECF filing and served upon counsel of record listed below by electronic mail on September 24, 2015.

Adam Eric Deutsch, Esq.
Morelli Alters Ratner, P.C., 31st Floor
777 3rd Avenue
New York, NY 10017
adeutsh@morellialters.com

Melinda D. Campbell, Esq.
Kaplan Fox & Kilsheimer LLP, 14th Floor
850 3rd Avenue
New York, NY 10022
mcampbell@kaplanfox.com

Laurence David King, Esq.
Linda Fong, Esq.
Kaplan Fox & Kilsheimer LLP, Suite 400
350 Sansome Street
San Francisco, CA 94104
lking@kaplanfox.com
lfong@kaplanfox.com

Hillary A. Hamilton, Esq.
Jason D. Russell, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP, 34th Floor
300 South Grand Avenue
Los Angeles, CA 90071
Hillary.hamilton@skadden.com
Jason.russell@skadden.com

Angela Cecily Colt, Esq.,
Jordan Feirman, Esq.,
Skadden, Arps, Slate, Meagher & Flom LLP
4 Times Square
New York, NY 10036
Angela.colt@skadden.com
Jordan.feirman@skadden.com

Dave Mager

Case No. 15-1821

IN THE UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

---

BENJAMEN CAREATHERS,

*Plaintiffs and Appellees,*

DAVE MAGER

*Objector and Appellant*

v.

RED BULL GMBH ET AL.,

*Defendants and Appellees.*

---

## PROOF OF SERVICE

In compliance with Second Circuit Form T-1080, I hereby certify that copies of Appellant Dave Mager's Motion Information Statement were served on the following counsel electronically by email transmission on September 24, 2015.

Adam Eric Deutsch, Esq.
Morelli Alters Ratner, P.C., 31st Floor
777 3rd Avenue
New York, NY 10017
adeutsh@morellialters.com

Melinda D. Campbell, Esq.
Kaplan Fox & Kilsheimer LLP, 14th Floor
850 3rd Avenue
New York, NY 10022
mcampbell@kaplanfox.com

Laurence David King, Esq.
Linda Fong, Esq.
Kaplan Fox & Kilsheimer LLP, Suite 400
350 Sansome Street
San Francisco, CA 94104

lking@kaplanfox.com
lfong@kaplanfox.com

Hillary A. Hamilton, Esq.
Jason D. Russell, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP, 34th Floor
300 South Grand Avenue
Los Angeles, CA 90071
Hillary.hamilton@skadden.com
Jason.russell@skadden.com

Angela Cecily Colt, Esq.,
Jordan Feirman, Esq.,
Skadden, Arps, Slate, Meagher & Flom LLP
4 Times Square
New York, NY 10036
Angela.colt@skadden.com
Jordan.feirman@skadden.com

Dave Mager

Dave Mager
10121 Page Road
Streetsboro, Ohio 44241




SEP 24

Clerk of Courts
Second Circuit Court of Appeals
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

USM 40LD
SDNY

10007$1561